IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| COLTON S. ROEPSCH and | ) | Bk. No. 20-00997 |
| ALEXANDRIA S. ROEPSCH, | ) | |
| | ) | |
|    Debtors. | ) | |
| ------------------------------------------------------- | ) | Adv. No. 20-09058 |
| ALEXANDRIA S. ROEPSCH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## UNRESISTED MOTION TO STAY PROCEEDINGS

Plaintiff, United States of America, by and through the United States Department of Education ("DOE"), hereby moves for a stay of proceedings in the above-captioned case.

1.　　The DOE has adopted a policy to temporarily suspend collection of student loan debt.　 This policy has been extended on several occasions, most recently extending the policy through May 1, 2022.

2.　　The Department of Justice ("DOJ") agrees to consent to debtors seeking a stay of litigation in DOE adversary proceedings.

3.　　Counsel for plaintiff, Dustin Baker, has expressed his client's desire to stay the instant adversary proceeding.　 Therefore, the undersigned Assistant

United States Attorney requests a stay of the proceedings in this instant case until May 1, 2022.

4. The DOE policy is currently set to expire on May 1, 2002. The undersigned counsel will file a status report on or before May 1, 2022, to notify the Court as whether the parties will seek additional extensions.

5. The United States respectfully requests that the discovery, dispositive motions, and pre-trial statement deadlines, and all other actions in this matter be stayed until May 1, 2022.

WHEREFORE, the United States hereby moves for a stay of proceedings in this case until May 1, 2022 and for such further relief as the Court deems appropriate.

Respectfully submitted,

SEAN R. BERRY
United States Attorney

By: /s/ *Martin J. McLaughlin*

MARTIN J. MCLAUGHLIN
Assistant United States Attorney
111 7th Avenue, Box 1
Cedar Rapids, IA 52401-2101
319-363-6333 (phone)
319-363-1990 (fax)
Marty.McLaughlin@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on 1/28/2022, I mailed and/or caused to be electronically mailed, a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below.

UNITED STATES ATTORNEY
By: /s/ D. Nash

Copies to:
Dustin Baker
United States Trustee